UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MATTHEW KINA,

        Plaintiff(s),

v.

UNITED AIRLINES, INC. and the
BETTY FORD CENTER,

        Defendant(s).
_____/

CASE NO. 3:08-cv-04358-PJH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5).*

**Private Process:**
√    Private ADR *(please identify process and provider)* _____

**The parties have stipulated to private mediation.**

The parties agree to hold the ADR session by:
√    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 12-22-08

_____
Attorney for Plaintiff
Matthew Kina

Dated: 12/22/08

_____
Attorney for Defendant
United Air Lines, Inc.

Dated: _____

_____
Attorney for Defendant
Betty Ford Center

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MATTHEW KINA,

        Plaintiff(s),

v.

UNITED AIRLINES, INC. and the
BETTY FORD CENTER,

        Defendant(s).

_____/

CASE NO. 3:08-cv-04358-PJH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5).*

**Private Process:**
√    Private ADR *(please identify process and provider)* _____

**The parties have stipulated to private mediation.**

The parties agree to hold the ADR session by:
√    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated:_____

Dated: 12/22/08

Dated: 12/22/08

Attorney for Plaintiff,
Matthew Kina

Attorney for Defendant
United Airlines, Inc.

Attorney for Defendant
Betty Ford Center

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- X Private ADR

Deadline for ADR session
- X 90 days from the date of this order.
- Other

IT IS SO ORDERED.

Dated: 1/5/09

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Firmwide:87864253.1 052664.1076