```
Claudia Center, State Bar No. 158255
ccenter@las-elc.org
Jinny Kim, State Bar No. 208953
jkim@las-elc.org
Elizabeth Kristen, State Bar No. 218227
ekristen@las-elc.org
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199
```

Attorneys for Plaintiff Matthew Kina

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KINA,<br><br>        Plaintiff,<br>v.<br><br>UNITED AIR LINES, INC.<br><br>        Defendant. | No. C08 04358 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PRIVATE MEDIATION** |

1. Whereas, pursuant to the Court's January 5, 2009 Order, the parties are to have completed private mediation by April 6, 2009;

2. Whereas, both parties have been diligent in serving written discovery and setting deposition dates for key witnesses;

3. Whereas, the parties have met and conferred regarding the language of the protective order and the release of Plaintiff's medical records;

JOINT STIPULATION AND PROPOSED           CASE NO.  C08 04358 PJH
[ORDER] CONTINUING
DEADLINE FOR PRIVATE MEDIATION

4. Whereas, the parties need additional time to receive Plaintiff's medical records, as well as complete depositions of Plaintiff and Defendant's witnesses;

5. Therefore, the parties request that the date to complete private mediation be extended until June 30, 2009.

IT IS SO STIPULATED.

Dated: March 23, 2009

Claudia Center
Jinny Kim
Elizabeth Kristen
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER

By: /s/ Claudia Center
Claudia Center

Attorney for Plaintiff
Matthew Kina

Nancy Pritikin
Kurt Bockes
Mary Walsh
LITTLER MENDELSON

By: /s/ Mary Walsh
Mary Walsh

Attorney for Defendant
United Air Lines, Inc.

1  Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this
2  document has been obtained from Defendant's counsel.

3
4  Dated:   March 23, 2009              Claudia Center
                                        Jinny Kim
5                                       Elizabeth Kristen
                                        THE LEGAL AID SOCIETY
6                                       EMPLOYMENT LAW CENTER
7
8                              By:      /s/ Claudia Center
                                        Claudia Center
9
                                        Attorney for Plaintiff
10                                      Matthew Kina

JOINT STIPULATION AND PROPOSED                      CASE NO. C08 04358 PJH
[ORDER] CONTINUING
DEADLINE FOR PRIVATE MEDIATION

## ORDER

Good cause appearing, IT IS SO ORDERED.

The deadline to complete private mediation, currently scheduled for April 6, 2009, shall be continued to June 30, 2009.

Dated: 3/27/09

Hon. Phyllis J. Hamilton
Judge Phyllis J. Hamilton

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF of SERVICE

I, Djuna Gray, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of The LEGAL AID SOCIETY OF SAN FRANCISCO-EMPLOYMENT LAW CENTER, and my business address is 600 Harrison Street, Suite 120, San Francisco, California 94107.

On March 24, 2009 I served the following on all parties in said action:

**JOINT STIPULATION AND PROPOSED ORDER CONTINUING DEADLINE FOR PRIVATE MEDIATION**

    X    by transmitting via the Court's CM/ECF electronic transmission system to the following parties listed below:

<u>Attorneys of Plaintiffs</u>
Claudia Center
Elizabeth Kristen
Jinny Kim
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107

<u>Attorneys for Defendants</u>
Nancy Pritikin
Kurt Bockes
Mary Delia Walsh
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA 94108-2693

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on March 24, 2009 at San Francisco, California.

                                              _____
                                              Djuna Gray