Claudia Center, State Bar No. 158255
Ccenter@las-elc.org
Jinny Kim, State Bar No. 208953
jkim@las-elc.org
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KINA,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED AIR LINES, INC.,<br><br>             Defendant. | No. C08 04358 PJH<br><br>STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL OF ENTIRE<br>ACTION WITH PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)(1)] |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1).

   Therefore, by and through their respective counsel of record, the Parties hereby request that the Court enter an order dismissing this Action in its entirety with prejudice.

///
///
///
///

1

| | |
|---|---|
| Dated: September 28, 2009 | Claudia Center<br>Jinny Kim<br>The LEGAL AID SOCIETY<br>--EMPLOYMENT LAW CENTER |
| | By _____/s/_____<br>     CLAUDIA CENTER |
| | Attorneys for Plaintiff<br>Matthew Kina |
| Dated:  October 6, 2009 | Nancy E. Pritikin<br>Kurt R. Bockes<br>Mary D. Walsh<br>LITTLER MENDELSON |
| | By _____/s/_____<br>     MARY D. WALSH |
| | Attorneys for Defendant<br>United Air Lines, Inc. |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER OF DISMISSAL**

The stipulation of Plaintiff and Defendant to dismiss the above-captioned Action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure is before the Court.

IT IS, THEREFORE, ORDERED that this Action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: October __16__, 2009



_____
THE ~~~~~~~~~~~~~ HAMILTON

3

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE